# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GERALD MCDOWELL | CIVIL ACTION |
| VERSUS | |
| OUR LADY OF THE LAKE, ET AL. | NO. 19-569-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 19, 2019, to which an objection was filed (Doc. 20);

**IT IS ORDERED** that this case is DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 3, 2019</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**